UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3-09-0095 |
| | ) | JUDGE HAYNES |
| | ) | |
| VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 19) is **GRANTED**. Plaintiff's motion for partial summary judgment (Docket Entry No. 29) is **DENIED**. Defendant's motion in limine (Docket Entry No. 46) is **DENIED as moot**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26 day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge